IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00247-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MAURICE FIELDS,

    Defendant.

ORDER

This matter comes before the court sua sponte. Defendant's sentencing hearing took place on December 14, 2023. At that hearing, the United States presented a final restitution figure of $91,700.00, which Defendant did not contest. The court ordered restitution in such amount, and intends that the following terms of payment shall apply:

1. Payment of restitution shall be due and payable in full immediately. However, if the defendant is unable to pay in full immediately, the special assessment and restitution may be paid through the Inmate Financial Responsibility Program (IFRP). The court orders that the defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered the defendant's financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid in installments of $100 per month to begin 60 days after the defendant's release from prison. At the time of the defendant's release, the probation officer shall take into consideration the defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

2. Any payment made that is not payment in full shall be divided proportionately if multiple victims are named. The court finds that the defendant is without the ability to pay interest so interest is, therefore, waived.

Should Defendant seek to contest any of these payment terms, he shall file a response to this order (or notice that he does not contest the terms) on or before December 29, 2023. If Defendant does not contest the restitution payment terms, the Clerk of Court is directed to enter a final judgment consistent with this order.

SO ORDERED this 21st day of December, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE